IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., ABKCO MUSIC, INC., SONGS OF UNIVERSAL, INC., EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC, CONCORD MUSIC GROUP, INC., d/b/a JONDORA MUSIC, SONY/ATV SONGS, LLC, d/b/a SONY/ATV ACUFF ROSE MUSIC, R-KEY DARKUS PUBLISHING, ORBI-LEE PUBLISHING, BARBARA ORBISON MUSIC COMPANY, NIGHT GARDEN MUSIC, a division of R.E.M./ATHENS, LTD., PAINTED DESERT MUSIC CORPORATION, SEETHER PUBLISHING, CHRYSALIS ONE AMERICA, LLC, d/b/a CHRYSALIS ONE SONGS, <br><br>    Plaintiffs, <br>v. <br><br>THE RANCH AT LAS COLINAS, LLC, THE RANCH AT LAS COLINAS BEVERAGE COMPANY, LLC, a/k/a THE RANCH AT LAS COLINAS, a/k/a THE RANCH AT LAS COLINAS MANAGEMENT, RANDALL M. DEWITT, and SCOTT GORDON, each individually, <br><br>    Defendants. | Civil Action No.: 3:13-CV-3817-M |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Broadcast Music, Inc., Abkco Music, Inc., Songs of Universal, Inc., EMI Virgin Songs, Inc. d/b/a EMI Longitude Music, Concord Music Group, Inc., d/b/a Jondora Music, Sony/ATV Songs, LLC, d/b/a Sony/ATV Acuff Rose Music, R-Key Darkus Publishing, Orbi-Lee Publishing, Barbara Orbison Music Company, Night Garden Music, a Division of R.E.M./Athens, Ltd., Painted Desert Music Corporation, Seether Publishing, Chrysalis One America, LLC, d/b/a Chrysalis One Songs (collectively, "Plaintiffs") hereby stipulate that all

claims asserted by either Plaintiffs or Defendants in this matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The parties have reached a settlement agreement in this case.  The parties shall bear their own costs and fees.

DATED:  September 3, 2014

Respectfully submitted,

By:  */s/ Dan D. Davison*
    Dan D. Davison
    State Bar No. 05590900
    dan.davison@nortonrosefulbright.com
    Gita Srivastava
    State Bar No.  24083898
    gita.srivastava@nortonrosefulbright.com

**FULBRIGHT & JAWORSKI LLP**

2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

**ATTORNEYS FOR PLAINTIFFS**

By:  */s/ Megan M. O'Laughlin*
    Megan M. O'Laughlin
    State Bar No. 24013263
    molaughlin@hitchcockevert.com
    John T. Tower
    State Bar No. 24045362
    jtower@hitchcockevert.com

**HITCHCOCK EVERT LLP**

750 North St. Paul Street, Suite 1110
Dallas, Texas 75201
Telephone: (214) 880-7002
Facsimile: (214) 953-1121

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

*/s/ Dan D. Davison*